

No. 12–0524/AR. U.S. v. Bruce L. Kelly. CCA 20090809. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review is granted, *but only up to and including June 28, 2012,* and *absent extraordinary circumstances, nor further extension of time will be granted in this case.*

No. 12–0543/AR. U.S. v. Eduardo Calderon–Salinas. CCA 200110491. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 2, 2012.

No. 12–0555/NA. U.S. v. Heather D. Lubich. CCA 201100378. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 5, 2012.